**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**James KANE, Defendant-Appellant.**

No. 17-6264

United States Court of Appeals,
Fourth Circuit.

Submitted: December 14, 2017

Decided: December 19, 2017

Joshua B. Carpenter, FEDERAL DE-FENDERS OF WESTERN NORTH CAROLINA, INC., Asheville, North Carolina, for Appellant. Anthony Joseph Enright, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina; Amy Elizabeth Ray, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Kane appeals the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion, filed pursuant to authorization from this court. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order and deny Kane's motion to accelerate the processing of the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*